# United States Bankruptcy Court
## Eastern District of Virginia

In re **Tyrone L Matthews, Jr**     Case No. **12-30192-KRH**
Debtor(s)     Chapter **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
  *Check if applicable:* ☐ Soc. Sec. No. amended. **[*If applicable*: An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on ____.*]**
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- ☐ Schedule A - Real Property
- ☐ Schedule B - Personal Property
- ☐ Schedule C - Property Claimed as Exempt
- ☒ **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - ☐ **Creditor(s) added**     ☐ **Creditor(s) deleted**
  - ☐ **Change in amounts owed or classification of debt**
  - ☐ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]
  - ☒ **Post-petition creditors added (Schedule of Unpaid Debts)**
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- ☐ Schedule G- Executory Contracts and Unexpired Leases
- ☐ Schedule H - Codebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database.]**

- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Chapter 11 List of Equity Security Holders
- ☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☐ Other: ____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ____.

Date: **January 17, 2011**

    **/s/ Joseph S. Massie, III**
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.: **35472**
Mailing Address: **Massie Law Firm, PC**
    **102 East Cary Street**
    **Richmond, VA 23219**
Telephone No.: **(804) 644-4878**

I, **Tyrone L Matthews, Jr** certify under penalty of perjury that the amended forms herein are accurate and true to the best of my knowledge and belief.

Date: **November 5, 2011**     **/s/ Tyrone L Matthews, Jr**

B6D (Official Form 6D) (12/07)

In re **Tyrone L Matthews, Jr** , Case No. **12-30192-KRH**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx8194** <br> Creditor #: 1 <br> Hfc <br> Po Box 3425 <br> Buffalo, NY 14240 | | - | Opened 4/25/07 Last Active 10/06/08 <br> Mortgage <br><br> Value $ 0.00 | | | | 101,950.00 | 101,950.00 |
| Account No. **xxxxxxxxx7036** <br> Creditor #: 2 <br> Navy Federal Cr Union <br> Po Box 3700 <br> Merrifield, VA 22119 | | - | Opened 11/15/04 Last Active 11/09/11 <br> Mortgage <br><br> Value $ 0.00 | | | | 213,155.00 | 213,155.00 |
| Account No. **xxxxxxxxxx6203** <br> Creditor #: 3 <br> Navy Federal Cr Union <br> Po Box 3700 <br> Merrifield, VA 22119 | | - | Opened 3/24/08 Last Active 9/23/11 <br> Automobile <br><br> Value $ 0.00 | | | | 4,636.00 | 4,636.00 |
| Account No. **xxxxx6962** <br> Creditor #: 4 <br> Starwood Vacation Owne <br> 9002 San Marco Ct <br> Orlando, FL 32819 | | - | Opened 7/01/06 Last Active 3/25/08 <br> Mortgage <br><br> Value $ 0.00 | | | | Unknown | Unknown |
| **_1_** continuation sheets attached | | | Subtotal (Total of this page) | | | | 319,741.00 | 319,741.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Tyrone L Matthews, Jr**  ,  Case No. **12-30192-KRH**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx9195<br><br>**Creditor #: 5**<br>**Suntrust Bank**<br>**Po Box 85052**<br>**Richmond, VA 23285** | - | | **Opened 5/18/01**<br><br>**Automobile**<br><br>Value $ 0.00 | | | | **Unknown** | **Unknown** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 0.00 | 0.00
Total (Report on Summary of Schedules) | 319,741.00 | 319,741.00

B6F (Official Form 6F) (12/07)

In re  **Tyrone L Matthews, Jr**            ,          Case No. __**12-30192-KRH**__
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx3173** <br> **Creditor #: 1** <br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | - | **Opened 9/26/02  Last Active 5/01/08** <br> **ChargeAccount** | | | | 0.00 |
| Account No. **xxx0930** <br> **Creditor #: 2** <br> **Carmax Auto Finance** <br> **2040 Thalbro St** <br> **Richmond, VA 23230** | | - | **Opened 5/16/01  Last Active 3/01/02** <br> **Automobile** | | | | 0.00 |
| Account No. **xxx3339** <br> **Creditor #: 3** <br> **Carmax Auto Finance** <br> **2040 Thalbro St** <br> **Richmond, VA 23230** | | - | **Opened 3/17/08** <br> **Automobile** | | | | 0.00 |
| Account No. **xxxxxxxxxxxx6990** <br> **Creditor #: 4** <br> **Cbna** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | - | **Opened 4/22/06  Last Active 2/21/07** <br> **ChargeAccount** | | | | 0.00 |

__**6**__  continuation sheets attached

Subtotal (Total of this page)            0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tyrone L Matthews, Jr**                              , Case No. **12-30192-KRH**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx1689<br>**Creditor #: 5**<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | **Opened 1/01/05  Last Active 5/01/08** | | | | 0.00 |
| Account No. xxxxxxxxxxxx3256<br>**Creditor #: 6**<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | **Opened 2/18/04  Last Active 10/17/05** | | | | 0.00 |
| Account No. xxxxxxxx8839<br>**Creditor #: 7**<br>**Chase/Cc**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | **Opened 4/03/98  Last Active 12/07/00** | | | | 0.00 |
| Account No. xxxxxxxxxxxx1671<br>**Creditor #: 8**<br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | | - | **Opened 9/16/04  Last Active 10/07/05** | | | | 0.00 |
| Account No. xxxxxxxxxxxx9338<br>**Creditor #: 9**<br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | | - | **Opened 8/11/03  Last Active 11/01/05** | | | | 0.00 |

Sheet no. **1** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Tyrone L Matthews, Jr**, Case No. **12-30192-KRH**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx4617<br>Creditor #: 10<br>Credit First N A<br>6275 Eastland Rd<br>Brookpark, OH 44142 | | - | Opened 10/11/10 Last Active 3/08/11<br>ChargeAccount | | | | 0.00 |
| Account No. xxxxxxxxxxxx3174<br>Creditor #: 11<br>Credit One Bank<br>Po Box 98875<br>Las Vegas, NV 89193 | | - | Opened 1/11/11 Last Active 11/01/11 | | | | 476.00 |
| Account No. xxxxxxxxxxxx5423<br>Creditor #: 12<br>Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | | - | Opened 2/18/01 Last Active 2/01/03 | | | | 0.00 |
| Account No. xxxxxxxxxxxx0946<br>Creditor #: 13<br>Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | | - | Opened 1/25/02 Last Active 11/01/02 | | | | 0.00 |
| Account No. xxxxxxxx2028<br>Creditor #: 14<br>Gecrb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 | | - | Opened 12/20/00 Last Active 3/01/02<br>ChargeAccount | | | | 0.00 |

Sheet no. **2** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **476.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tyrone L Matthews, Jr**                            , Case No. **12-30192-KRH**
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx0865**<br>**Creditor #: 15**<br>**Gecrb/Whitehall**<br>**Po Box 981439**<br>**El Paso, TX 79998** | | - | **Opened 4/11/99  Last Active 3/05/00**<br>**ChargeAccount** | | | | **Unknown** |
| Account No. **xxxxxxxx0800**<br>**Creditor #: 16**<br>**Great Lakes Cr Un**<br>**2525 Green Bay Rd**<br>**North Chicago, IL 60064** | | - | **Opened 11/02/01  Last Active 1/01/03**<br>**Automobile** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx2271**<br>**Creditor #: 17**<br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | - | **Opened 1/13/06  Last Active 11/16/07** | | | | **0.00** |
| Account No. **xxxxxx-xxxxxx5807**<br>**Creditor #: 18**<br>**Hsbc/Bsbuy**<br>**Po Box 15519**<br>**Wilmington, DE 19850** | | - | **Opened 4/22/06  Last Active 6/09/06**<br>**ChargeAccount** | | | | **0.00** |
| Account No. **xxxx5308**<br>**Creditor #: 19**<br>**Hsbc/Mscpi**<br>**Po Box 3425**<br>**Buffalo, NY 14240** | | - | **Opened 9/21/05  Last Active 4/27/07**<br>**Mortgage** | | | | **0.00** |

Sheet no. **3** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tyrone L Matthews, Jr**  ,  Case No. __**12-30192-KRH**__
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx-xxxxxx7494<br>**Creditor #: 20<br>Hsbc/Rs<br>90 Christiana Rd<br>New Castle, DE 19720** | | - | **Opened 4/16/04 Last Active 2/15/05<br>ChargeAccount** | | | | 0.00 |
| Account No. xxxxxx2173<br>**Creditor #: 21<br>Kay Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333** | | - | **Opened 1/22/00 Last Active 2/13/01<br>ChargeAccount** | | | | 0.00 |
| Account No. xxxxxxxxxxxx0561<br>**Creditor #: 22<br>Navy Federal Cr Union<br>Po Box 3700<br>Merrifield, VA 22119** | | - | **Opened 1/17/06 Last Active 5/01/08<br>ChargeAccount** | | | | 17,007.00 |
| Account No. xxxxxxxxx6201<br>**Creditor #: 23<br>Navy Federal Cr Union<br>Po Box 3700<br>Merrifield, VA 22119** | | - | **Opened 12/19/02 Last Active 8/01/05<br>Automobile** | | | | 0.00 |
| Account No. xxxxxxxxx6202<br>**Creditor #: 24<br>Navy Federal Cr Union<br>Po Box 3700<br>Merrifield, VA 22119** | | - | **Opened 3/19/08 Last Active 4/01/08<br>Automobile** | | | | 0.00 |

Sheet no. __**4**__ of __**6**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **17,007.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tyrone L Matthews, Jr**                    ,    Case No.  **12-30192-KRH**
                               Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx7401<br>**Creditor #: 25**<br>**Navy Federal Cr Union**<br>**Po Box 3700**<br>**Merrifield, VA 22119** | | - | **Opened 2/16/05  Last Active 2/26/09**<br>**Automobile** | | | | **0.00** |
| Account No. xxxxx6000<br>**Creditor #: 26**<br>**Nco Fin/99**<br>**Po Box 41466**<br>**Philadelphia, PA 19101** | | - | **Opened 7/01/08  Last Active 6/01/08**<br>**Collection 1 1 Internet In** | | | | **30.00** |
| Account No. xxxxxxxxxxxx4497<br>**Creditor #: 27**<br>**Nexcard/Mt** | | - | **Opened 1/01/01  Last Active 8/01/02** | | | | **986.00** |
| Account No. xxxx5219<br>**Creditor #: 28**<br>**Sears/Cbna**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | - | **Opened 3/15/99**<br>**ChargeAccount** | | | | **Unknown** |
| Account No. xxxxxxxxxxxx6567<br>**Creditor #: 29**<br>**Usaa Savings Bank**<br>**Po Box 47504**<br>**San Antonio, TX 78265** | | - | **Opened 10/25/07  Last Active 5/01/08** | | | | **0.00** |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,016.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tyrone L Matthews, Jr**  ,  Case No. **12-30192-KRH**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx1686**<br>**Creditor #: 30**<br>**Wfds/Wds**<br>**Po Box 1697**<br>**Winterville, NC 28590** | - | | **Opened 1/19/05 Last Active 2/22/05**<br>**Automobile** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx4218**<br>**Creditor #: 31**<br>**Wffinance**<br>**10419 Midlothian Tpke St**<br>**North Chesterfield, VA 23235** | - | | **Opened 1/07/03 Last Active 1/21/05**<br>**Automobile** | | | | **0.00** |
| Account No. **xxxxxxxx1033**<br>**Creditor #: 32**<br>**Wfnnb/American Signatu**<br>**4590 E Broad St**<br>**Columbus, OH 43213** | - | | **Opened 12/15/04 Last Active 4/04/05**<br>**ChargeAccount** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx0485**<br>**Creditor #: 33**<br>**Wfnnb/Vcf/Rt**<br>**Po Box 182789**<br>**Columbus, OH 43218** | - | | **Opened 12/15/04**<br>**ChargeAccount** | | | | **0.00** |
| Account No. | | | | | | | |

Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

Total (Report on Summary of Schedules)  **18,499.00**

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Tyrone L Matthews, Jr**　　　　　　　　　　　　　　　　Case No.   **12-30192-KRH**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter   **7**

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date   **November 5, 2011**　　　　　　　Signature   **/s/ Tyrone L Matthews, Jr**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Tyrone L Matthews, Jr**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571