B8 (Form 8) (12/08)

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Tyrone L Matthews, Jr** _____  Case No.  **12-30192-KRH**
Debtor(s)  Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> Hfc | **Describe Property Securing Debt:** <br> Mortgage |

Property will be (check one):
  ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt              ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:** <br> Kings Creek Plantation, LLC | **Describe Property Securing Debt:** <br> Time Share Kings Creek Plantation, Williamsburg, Va. |

Property will be (check one):
  ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                    Page 2

**Property No. 3**

| **Creditor's Name:** <br> **Navy Federal Cr Union** | **Describe Property Securing Debt:** <br> **Mortgage** |
|---|---|

Property will be (check one):
    ■ Surrendered                            ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                 ■ Not claimed as exempt

**Property No. 4**

| **Creditor's Name:** <br> **Navy Federal Cr Union** | **Describe Property Securing Debt:** <br> **2004 Chevy Suburban 85000 Miles** |
|---|---|

Property will be (check one):
    ☐ Surrendered                             ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                 ■ Not claimed as exempt

**Property No. 5**

| **Creditor's Name:** <br> **Navy Federal Credit Union** | **Describe Property Securing Debt:** <br> **2005 Chryler Pacifica** |
|---|---|

Property will be (check one):
    ☐ Surrendered                             ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                 ■ Not claimed as exempt

B8 (Form 8) (12/08)     Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>Starwood Vacation Owne | **Describe Property Securing Debt:**<br>Timeshare at Sheraton Starwood Resorts, Mrytle Beach, SC |

Property will be (check one):
   ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt        ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date     **January 21, 2012**        Signature     **/s/ Tyrone L Matthews, Jr**
                                                                                                           **Tyrone L Matthews, Jr**
                                                                                                           Debtor